

PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

| | | |
|---|---|---|
| IN RE: | * | |
| ANTHONY RASHAN MITCHELL | * | Case No. 14-18471 |
| Debtor(s). | | |
| | * | Chapter 7 |
| * * * * * * | | |
| | * | |
| AUTOMOTIVE CREDIT CORPORATION | * | |
| Movant, | * | |
| vs. | * | |
| ANTHONY RASHAN MITCHELL | * | |
| | * | |
| and | * | |
| STEVEN H GREENFELD | * | |
| as Chapter 7 Trustee, | * | |
| Respondent(s).* * * * * * * * * * * | | |

CONSENT ORDER ON MOTION FOR RELIEF FROM STAY

The Motion of Automotive Credit Corporation ("Movant") and Debtor's response to the Motion having been read and considered by this Court, and for good cause appearing, it is

ORDERED, that the automatic stay imposed under 11 U.S.C. § 362(a) shall remain in place as to the Movant and the **2003 Chevrolet Suburban, VIN 3GNFK16Z43G280481** ("Vehicle"**)**; it is

FURTHER ORDERED, by **August 8, 2014**, the Debtor shall supply Movant's attorney, Tucker Dewey, proof that the Vehicle is covered by adequate collision insurance;

FURTHER ORDERED, by **September 12, 2014**, the Debtor shall pay Movant the past due payments for June 21, July 21 and August 21, 2014 ($306.29 each for a total of **$918.87**) and provide Movant a signed Reaffirmation Agreement, or else the automatic stay shall terminate automatically;

FURTHER ORDERED, beginning with the payment that is due on **September 21, 2014**, Movant must receive all future payments of $306.29 per month by the due date, or else the automatic stay is terminated automatically as to Movant and the Vehicle.

FURTHER ORDERED, the 14 day period for under Rule 4001 of Federal Rules of Bankruptcy Procedure is hereby waived.

Consented hereto:

 /s/H. Tucker Dewey
H. Tucker Dewey (MD 27502)
Attorney for Movant
6000 Poplar Ave., Suite 250
Memphis, TN 38119
901-261-5439

/s/Anthony Rashan Mitchell_____
Anthony Rashan Mitchell
3229 Walters Ln Apt 202
District Heights, MD 20747
Pro Se Debtor


I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent

order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

/s/H. Tucker Dewey

**Distribution List:**

Movant's Attorney
Attorney for Debtor(s)
Debtor(s)
Chapter 13 Trustee