

PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Anthony Rashan Mitchell | * | Case No.   14-18471 PM |
| | * | Chapter   7 |
| | * | |
| | * | |
| Debtor(s) | * | |

### ORDER DISAPPROVING REAFFIRMATION AGREEMENT

The Debtor(s) filed a motion for approval of the reaffirmation agreement dated August 7, 2014 made between the Debtor(s) and Automotive Credit Corporation. The court held the hearing required by 11 U.S.C. § 524(d) on notice to the Debtor(s) and the creditor on September 8, 2014. In accordance with the decision rendered at the hearing, the court DISAPPROVES the reaffirmation agreement.

SO ORDERED.

cc:  Counsel for Debtor(s)
    Debtor(s)
    Creditor
    Trustee

**End of Order**

gb  9/9/14